Case 1:02-cv-01149-CCB   Document 5   Filed 05/09/2002   Page 1 of 2   ENTERED
___LODGED ___RECEIVED

MAY - 9 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES HAMMERBACKER, et al., | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-01-3450 |
| ACandS, Inc., et al., | : | |
| Defendants | : | |

............................................................

| | | |
|---|---|---|
| LINSEY L. WILLIAMS, et al., | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-02-1148 |
| ACandS, Inc., et al., | : | |
| Defendants | : | |

............................................................

| | | |
|---|---|---|
| HENRY S. CRAWFORD, et al., | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-02-1149 |
| ACandS, Inc., et al., | : | |
| Defendants | : | |

............................................................

| | | |
|---|---|---|
| CHARLES G. DRY | : | |
| Plaintiff | : | |
| vs. | : | Civil Action No. CCB-02-1150 |
| ACandS, Inc., et al., | : | |
| Defendants | : | |

o0o

## ORDER

It is, this 9th day of May 2002, hereby **ORDERED** that:

1. As these cases involve common questions of law and fact, they are consolidated, including all joined parties, pursuant to Fed. R. Civ. P. 42(a);

2. All papers regarding any of these cases shall be filed in Civil Action No. CCB-01-3450 only. Any paper which pertains to some but not all of the cases, should contain a parenthetical reference in the caption to the civil action numbers of the cases to which it pertains;

3. An original and two copies of all papers shall be filed with the Court; and

4. The requirements of Local Rule 103.5 are suspended, pending further direction by the Court.

_____
Catherine C. Blake
United States District Judge